MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mriechert@morganlewis.com

Attorneys for Defendant
BAYER HEALTHCARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANG-YUH HSIEH,<br><br>             Plaintiff,<br><br>     vs.<br><br>BAYER HEALTH CARE LLC,<br><br>             Defendant. | Case No. CV 08-2378 WHA<br><br>**CERTIFICATE OF SERVICE** |

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Palo Alto

CASE NO. CV 08-2378 WHA
CERTIFICATE OF SERVICE

# PROOF OF SERVICE

I, the undersigned, declare:

I am over the age of eighteen (18) years, and not a party to the within action. I am employed by Morgan, Lewis & Bockius, LLP and my business address is One Market, Spear Street Tower, San Francisco, CA 94105.

On June 4, 2008, I served the following document(s):

**DEFENDANT BAYER HEALTHCARE LLC'S ANSWER TO PLAINTIFF FANG-YUH HSIEH'S COMPLAINT**

on the parties involved addressed as follows:

Fang Yuh-Hsieh                                    In propria persona
1394 University Avenue
Palo Alto, CA 94301

[ ]  **BY PERSONAL DELIVERY:** The within document(s) were served by hand in an envelope addressed to the addressee(s) above on this date. The Proof of Service by the process server will be filed within five (5) days.

[ x ]  **BY MAIL:** I am readily familiar with my employer's practice for collection and processing of documents for mailing with the United States Postal Service and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business. On this date, I served the above interested parties following my employer's ordinary business practices.

[ ]  **BY FACSIMILE:** By use of a facsimile machine telephone number 415/442-1001, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting facsimile machine.

[ x ]  **BY FEDERAL EXPRESS OVERNIGHT DELIVERY:** I caused each envelope, with delivery fees provided for, to be deposited in a box regularly maintained by Federal Express. I am readily familiar with the practice for collection and processing of documents for delivery by overnight service by Federal Express of Morgan, Lewis & Bockius, LLP, and that practice is that the document(s) are deposited with a regularly maintained Federal Express facility in an envelope or package designated by Federal Express fully prepaid the same day as the day of collection in the ordinary course of business.

[ ]  **BY EMAIL:** By transmitting via electronic mail the document(s) listed above to the email address(es) set forth below on this date (pursuant to a stipulation between the parties).

CASE NO. CV 08-2378 WHA
CERTIFICATE OF SERVICE

1

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on June 4, 2008.

*Deborah Stein*
Deborah Stein

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CASE NO. CV 08-2378 WHA
CERTIFICATE OF SERVICE