1

2

3

4

5

6

7

8    **UNITED STATES DISTRICT COURT**

9    **NORTHERN DISTRICT OF CALIFORNIA**

10    Fang-Yuh Hsieh

11                                    Plaintiff,

12        vs.                                    CASE NO. _C 08-2378 WHA_

13    Bayer Health Care LLC                      **EMPLOYMENT DISCRIMINATION**
      Brenda Riske, University of Colorado Denver  *Amended* **COMPLAINT**

14                                Defendant(s).

15

16    1.    Plaintiff resides at:

17          Address _1394 University Avenue_

18          City, State & Zip Code _Palo Alto, CA 94301_

19          Phone _650 462-1628_

20    2.    Defendant is located at:

21          Address _800 Dwight Way,_

22          City, State & Zip Code _Berkeley, CA 94710_

23    3.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employ-

24    ment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5.

25    Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

26    4.    The acts complained of in this suit concern:

27          a. __ Failure to employ me.

28          b. ✓ Termination of my employment.

Form-Intake 2 (Rev. 4/05)                   - 1 -

1    c.  ✓ Failure to promote me.

2    d.  ✓ Other acts as specified below.

3    Retaliatory Harassment for my participation in an investigation of sexual harassment complaint

4    Defamation of Character

5    _____

6    _____

7    _____

8    _____

9    5.    Defendant's conduct is discriminatory with respect to the following:

10    a.  ✓ My race or color.

11    b.  __ My religion.

12    c.  __ My sex.

13    d.  ✓ My national origin.

14    e.  ✓ Other as specified below.

15    My age and Reprisal of prior EEOC complaint and participation of a sexual harassment complaint.

16    6.    The basic facts surrounding my claim of discrimination are:

17    (1) I was hired in 2005 as a Biostatistician. My performance evaluation in 2006, had exceeded expectation.

18    (2) In 2006, I participated in a sexual harassment investigation RE: Linda Perey against superv. Eduard Gorina

19    (3) Eduard Gorina was demoted after the investigation and then started retaliation against me.

20    (4) From April to Sept. 2006, new supervisor Georg Lemm didn't respond my repeated complaints of reprisal

21    (5) In February 2007, Lemm gave me negative year-end evaluation that caused a damage of around $15,000.

22    (6) In June 2007, requested by Gorina, a younger Caucasian statistician was promoted to takeover my projects.

23    (7) I filed an EEOC complaint in 9/2007 and received a memo regarding an internal investigation on 1/23/08.

24    (8)Georg Lemm was upset about the result of the investigation. My job was then eliminated on March 3, 2008

25    7.    The alleged discrimination occurred on or about  From 4/2006 to 3/2008      .

26                                                              (DATE)

27    8.    I filed charges with the Federal Equal Employment Opportunity Commission (or the

28    California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)                - 2 -

1  discriminatory conduct on or about  April 2006 to March 2008  .

2                                          (DATE)

3  9.      The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter

4  (copy attached), which was received by me on or about  May 7, 2008                  .

5                                          (DATE)

6  10.     Plaintiff hereby demands a jury for all claims for which a jury is permitted:

7          Yes  ✓      No ____

8  11.     WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,

9  including injunctive orders, damages, costs, and attorney fees.

10

11  DATED: *August 13, 2008*        *Hsieh*

12                                          SIGNATURE OF PLAINTIFF

13

14  *(PLEASE NOTE: NOTARIZATION*      Fang-Yuh Hsieh

15  *IS NOT REQUIRED.)*                  PLAINTIFF'S NAME

16                                          (Printed or Typed)

17

18

19

20

21

22

23

24

25

26

27

28

   Form-Intake 2 (Rev. 4/05)              - 3 -



F Hsieh
1394 University Avenue
Palo Alto, CA 94301

Clerk, US District Court
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102