UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>August 21, 2008</u>

Case No.  <u>C 08-02378  WHA</u>

Title: <u>FANG-YUH HSIEH</u> v. <u>BAYER HEALTH CARE</u>

Plaintiff Attorneys: Pro Per

Defense Attorneys: Sheila Bapat

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Sahar McVickar</u>

**PROCEEDINGS**

1)   <u>CMC - HELD</u>

2)   <u> </u>

Complete Initial Disclosures (Rule 26): 8/29/08

Discovery Cutoff: 11/21/08

Designation of Experts: 1/9/09

Last Day to File Motion: 2/12/09


Continued to <u> </u> for Further Case Management Conference

Continued to  <u>4/27/09 at 2:00pm</u>  for Pretrial Conference

Continued to  <u>5/4/09 at 7:30am</u>  for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation