ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

August 27, 2008

Fang-Yuh Hsieh
1394 University Avenue
Palo Alto, CA 94301
650-462-1628

Melinda S. Riechert
Morgan, Lewis & Bockius, LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
(650) 843-4000

Re:   Hsieh v. Bayer HealthCare LLC
      Case No. C 08-02378 WHA MED

Dear Mr. Hsieh and Counsel:

   We have received notification from Judge William H. Alsup that the referenced case was referred to Mediation on 8/21/2008. The ADR Program would like to convene a conference call with all participants to discuss the nature of the case and how Mediation can assist you. We would like to schedule this for Thursday, 9/4/2008 at 11:00 a.m. This office will initiate the call to the phone numbers above unless directed otherwise.

   Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator