Fang-Yuh Hsieh
1394 University Avenue
Palo Alto, CA 94301
(650) 462-1628
Plaintiff, Pro Se

MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:   415.442.1000
Fax:   415.442.1001

Attorney for Defendant
Bayer HealthCare LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANG-YUH HSIEH,<br><br>            Plaintiff,<br><br>      vs.<br><br>Bayer Health Care LLC,<br><br>            Defendant. | Case No. C 08-2378 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR COMPLETION OF INITIAL DISCLOSURES** |

    1.    Pursuant to Initial Case Management Order, the parties were ordered to complete Initial Disclosures by August 29, 2008.

    2.    The parties have agreed to participate in mediation and wish to defer completion of the Initial Disclosures until after the completion of the mediation.  The parties are hoping to schedule a mediation during the week of September 2, 2008.

    3.    Therefore, the parties stipulate and agree to extend the deadline for completion of all Initial Disclosures under Civil Local Rule 7-12 and FRCP 26 to 5 days after completion of the

mediation.

Dated: August 28, 2008        MORGAN, LEWIS & BOCKIUS LLP

By _____/s/ Melinda S. Riechert_____
Melinda S. Riechert

Attorneys for Defendant
Bayer HealthCare LLC

Dated: August 28, 2008

By __/s/ Fang-Yuh (Frank) Hsieh__
Fang-Yuh (Frank) Hsieh
*pro per*

[Proposed] ORDER GRANTING EXTENSION of DEADLINE FOR COMPLETION OF INITIAL DISCLOSURES

Pursuant to the stipulation of the parties and good cause having been shown, the Court hereby extends the deadline for completion of Initial Disclosures to one week after the completion of the mediation in this case.

IT IS SO ORDERED.

Dated: _____        _____

WILLIAM ALSUP

United States District Judge