Fang-Yuh Hsieh
1394 University Avenue
Palo Alto, CA 94301
(650) 462-1628
Plaintiff, Pro Se

MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:   415.442.1000
Fax:   415.442.1001

Attorney for Defendant
Bayer HealthCare LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANG-YUH HSIEH,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Bayer Health Care LLC,<br><br>　　　　　　Defendant. | Case No. C 08-2378 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR COMPLETION OF INITIAL DISCLOSURES** |

　　　1.　　Pursuant to Initial Case Management Order, the parties were ordered to complete Initial Disclosures by August 29, 2008.

　　　2.　　The parties have agreed to participate in mediation and wish to defer completion of the Initial Disclosures until after the completion of the mediation. The parties are hoping to schedule a mediation during the week of September 2, 2008.

　　　3.　　Therefore, the parties stipulate and agree to extend the deadline for completion of all Initial Disclosures under Civil Local Rule 7-12 and FRCP 26 to 5 days after completion of the

1  mediation.

2  Dated: August 28, 2008                    MORGAN, LEWIS & BOCKIUS LLP

3

4                                            By        /s/ Melinda S. Riechert
                                                 Melinda S. Riechert

5                                                Attorneys for Defendant
                                                 Bayer HealthCare LLC
6
   Dated: August 28, 2008
7                                            By    /s/ Fang-Yuh (Frank) Hsieh
                                                 Fang-Yuh (Frank) Hsieh
8                                                *pro per*

9

10       [Proposed] ORDER GRANTING EXTENSION of DEADLINE FOR COMPLETION

11  OF INITIAL DISCLOSURES

12

13       Pursuant to the stipulation of the parties and good cause having been shown, the Court

14  hereby extends the deadline for completion of Initial Disclosures to one week after the

15  completion of the mediation in this case.

16       IT IS SO ORDERED.

            September 2, 2008
17  Dated: _____        _____

18                                            WILLIAM ALSUP

19                                            United States District Judge

20

21

22
    All other deadlines in the case management scheduling order still stand.
23

24

25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FANG-YUH HSIEH,

        Plaintiff,

  v.

BAYER HEALTH CARE et al,

        Defendant.
                                      /

Case Number: CV08-02378 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fang-Yuh Hsieh
1394 University Avenue
Palo Alto, CA 94301

Dated: September 2, 2008

                                          Richard W. Wieking, Clerk
                                          By: Dawn Toland, Deputy Clerk