MELINDA S. RIECHERT, State Bar No. 65504
SHEILA BAPAT, State Bar No. 256689
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
Email: sbapat@morganlewis.com

Attorneys for Defendant
Bayer HealthCare LLC

FANG-YUH (FRANK) HSIEH
1394 University Avenue
Palo Alto, CA 94301
(650) 462-1628
*pro per*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANG-YUH HSIEH,<br><br>            Plaintiff,<br><br>       vs.<br><br>Bayer Health Care LLC,<br><br>            Defendant. | Case No. C 08-2378 WHA<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to this action stipulate to the dismissal of this entire action with prejudice, and each party is to bear their own costs and fees.

Dated: September 30, 2008

MORGAN, LEWIS & BOCKIUS LLP

By _____
Melinda S. Riechert

Attorneys for Defendant
Bayer HealthCare LLC

Dated: September 30, 2008

By _____
Fang-Yuh (Frank) Hsieh
*pro per*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20843899.1

2

STIPULATION DISMISSING CASE
WITH PREJUDICE
(C 08-2378 WHA)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANG-YUH HSIEH,<br><br>           Plaintiff,<br><br>vs.<br><br>Bayer Health Care LLC,<br><br>           Defendant. | Case No. C 08-2378 WHA<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

BASED UPON the foregoing stipulation, IT IS HEREBY ORDERED AND ADJUDGED:

The complaint against Defendant is hereby dismissed with prejudice, and each party is to bear their own costs and attorneys' fees.

IT IS SO ORDERED:

Date: ___October 1___, 2008

IT IS SO ORDERED
[signature]
Judge William Alsup

Hon. William H. Alsup

DB2/20843899.1

---